D836

JOSEPH J. PERRONE (JP 6832)
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANTHONY LOPEZ,

        Plaintiff,

- against -

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES and
CARNIVAL, plc,

        Defendants.
-------------------------------------------------------------------X

Civil Action No.: 08CV4246

**RULE 7.1**
**STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendants, certifies that Carnival Corporation is a publically traded entity and Cunard Line, LTD, Cunard PLC, Carnival Cruise Lines and Carnival PLC are subsidiaries of Carnival Corp.

Dated:  New York, New York
         June 4, 2008

                        Bennett, Giuliano, McDonnell & Perrone, LLP
                        Attorneys for Defendants

                        /s/ Joseph J. Perrone
                        Joseph J. Perrone (JJP-6832)
                        494 Eighth Avenue, 7th Floor
                        New York, New York 10001
                        Telephone: (646) 328-0120
                        Facsimile: (646) 328-0121