D836

Joseph J. Perrone, Esq. (JP:6832)
**Bennett, Giuliano, McDonnell & Perrone**, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANTHONY LOPEZ,

                Plaintiffs,

          -against-

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES and
CARNIVAL, plc,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 CV 4246
Judge Jones

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that all named Defendants, Cunard Line, Ltd d/b/a Cunard Line Cruises, Cundard, plc, Carnival Corporation d/b/a Carnival Cruise Lines and Carnival, plc, hereby give notice through their attorneys, Bennett, Giuliano, McDonnell & Perrone, LLP, of their appearance in this action and hereby preserves to them any and all defenses, motions, and responses available at law. It further asks this Court to note on the docket that all defendants are represented herein.

Dated:    New York, New York
            June 4, 2008

                                      Respectfully submitted,

                                      **Bennett, Giuliano, McDonnell & Perrone, LLP**
                                      Attorneys for Defendants

                               By:_____
                                   Joseph J. Perrone (JP-6832)

TO :   Tabak, Mellusi & Shisha, LLP
       Attorneys for Plaintiffs
       29 Broadway
       Suite 2311
       New York, New York 10006
       Attention: Jacob Shisha, Esq.

Z:\Documents\All Files\D836\Legals\Notice of Appearance 060408.jjp.doc

**AFFIDAVIT OF SERVICE BY ECF**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    I, **ANA PAGAN**, being duly sworn, depose and say: I am a secretary for the law firm of Bennett, Giuliano, McDonnell & Perrone, LLP, I am not a party to this action, and I hereby affirm that I am over 18 years of age.

    On June 4, 2008, I served by ECF copies of the annexed:

- **NOTICE OF APPEARANCE**
- **RULE 7.1 STATMENT**

upon:

Jacob Shisha, Esq.
Attorneys for Plaintiffs
Tabak, Mellusi & Shisha, LLP
29 Broadway, Suite 2311
New York, New York 10006

_____
ANA PAGAN

Sworn to before me this
____ day of _____, 2008.

_____
Notary Public

JOSEPH J. PERRONE
Notary Public, State of New York
No. 02PE6163464
Qualified in Nassau County
Commission Expires Mar. 26, 2011

Z:\Documents\All Files\D836\Legals\Affidavit of Service ViaECF 060408.ap.doc