Jacob Shisha
TABAK, MELLUSI & SHISHA LLP
Attorneys for Plaintiff
29 Broadway
New York, NY 10006
Tel. (212) 962-1590
Fax. (212) 385-0920

Lawrence N. Curtis
LAWRENCE N. CURTIS, LTD.
Attorneys for Plaintiff
300 Rue Beauregard, Bldg. "C"
Post Office Box 80247
Lafayette, Louisiana 70598
Tel. (337) 235-1825
Fax. (337) 237-0241

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANTHONY LOPEZ

08 Civ 4246

Plaintiff,

NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

-against-

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL
CORPORATION, d/b/a
CARNIVAL CRUISE LINES and
CARNIVAL, plc

Defendants

-----------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying declaration of Lawrence N. Curtis, Esq., executed on 30 of June, 2008, the certificate of good standing attached hereto, and the accompanying declaration of Jacob Shisha, Esq., Plaintiff,

Anthony Lopez, by its attorneys Tabak, Mellusi & Shisha, LLP will move this Court before the Honorable Barbara S. Jones, Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2510, New York, New York 10007, at a date and at a time to be determined, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Lawrence N.Curtis, Esq., to practice before this Court *pro hac vice* in the above-entitled and numbered cause on behalf of Plaintiff, Anthony Lopez.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for each objection, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York and the individual practices of the Honorable Barbara S. Jones, Judge, and shall be served upon the undersigned counsel within ten (10) after service of the moving papers. If no objections are filed, the Court may grant the relief requested without further notice or hearing.

Dated: New York, New York.
June 30 2008

TABAK, MELLUSI & SHISHA, LLP
Attorneys for Plaintiff

BY:______________________________

JACOB SHISHA (JS 5452)

To: Joseph J. Perrone, Esq.
BENNET, GIULIANO, MCDONNEL & PERRONE, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001

(646) 328-0120
*Attorneys for Defendants, Cunard Line, Ltd. d/b/a Cunard Line Cruises, Cunard, plc, Carnival Corporation d/b/a Carnival Cruise Lines and Carnival, plc*

Jacob Shisha
TABAK, MELLUSI & SHISHA LLP
Attorneys for Plaintiff
29 Broadway
New York, NY 10006
Tel. (212) 962-1590
Fax. (212) 385-0920

Lawrence N. Curtis
LAWRENCE N. CURTIS, LTD.
Attorneys for Plaintiff
300 Rue Beauregard, Bldg. "C"
Post Office Box 80247
Lafayette, Louisiana 70598
Tel. (337) 235-1825
Fax. (337) 237-0241

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

ANTHONY LOPEZ

Plaintiff,

-against-

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL
CORPORATION, d/b/a
CARNIVAL CRUISE LINES and
CARNIVAL, plc

Defendants

---------------------------------------------------X

08 Civ 4246

DECLARATION OF LAWRENCE N. CURTIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Lawrence N. Curtis, Esq., applicant herein for admission *pro hac vice*, states as follows:

1. I am a member of the law firm of Lawrence N. Curtis, Ltd., 300 Beauregard, Bldg. "C", Lafayette, Louisiana 70508.

2. I was first admitted to practice law in the State of Louisiana on April 28, 1978. A certificate of good standing from the Louisiana Supreme Court is attached hereto as Exhibit "A".

3. In addition to being admitted to practice law in the State of Louisiana, I have also been admitted and am a member in good standing of the bars of the following Federal Courts: the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, the Eastern, Middle and Western Districts of Louisiana. I have also been admitted to practice, *pro hac vice*, in the Eastern, Southern and Western Districts of Texas.

4. I have never been subject to disciplinary proceeding in any Court to which I have been admitted.

5. I have never been admitted to practice law in any other jurisdictions or Courts, other than as disclosed in Paragraph No. 3 above.

6. I respectfully submit that my admission and good standing in the jurisdictions and Courts mentioned earlier in this Declaration, qualifies me to practice before this Court, *pro hac vice,* in connection with the above-entitled and numbered cause pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. I have never been sanctioned for violation of any New York statute or Court rule and there are no pending disciplinary proceedings against me in any State of Federal Court.

WHEREFORE, your applicant respectfully moves to be admitted to practice before this Court, *pro hac vice,* on behalf of the Plaintiff, Anthony Lopez, in connection with the above-entitled and numbered cause.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008.

Lawrence N. Curtis

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*LARRY CURTIS, ESQ., #4678*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of April, 1978 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 26th Day of June, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

Jacob Shisha
TABAK, MELLUSI & SHISHA LLP
Attorneys for Plaintiff
29 Broadway
New York, NY 10006
Tel. (212) 962-1590
Fax. (212) 385-0920

Lawrence N. Curtis
LAWRENCE N. CURTIS, LTD.
Attorneys for Plaintiff
300 Rue Beauregard, Bldg. "C"
Post Office Box 80247
Lafayette, Louisiana 70598
Tel. (337) 235-1825
Fax. (337) 237-0241

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

ANTHONY LOPEZ

Plaintiff

-against-

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL
CORPORATION, d/b/a
CARNIVAL CRUISE LINES and
CARNIVAL, plc

Defendants

-----------------------------------------------X

08 Civ 4246

DECLARATION OF JACOB SHISHA IN SUPPORT OF MOTION FOR ADMISSION OF LAWRENCE N. CURTIS *PRO HAC VICE*

Jacob Shisha, Esq., being duly sworn, depose and said:

1. I am a partner with the law firm of TABAK, MELLUSI & SHISHA LLP, counsel for Plaintiff, Anthony Lopez, in the above-entitled and numbered cause. I submit this declaratioin in support of the motion, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York for an order granting Lawrence N. Curtis, Esq., admission to the bar of this Court *pro hac vice* for the purpose of allowing him to participate in the representation of Plaintiff in the above-entitled and numbered cause, and to appear before this Court.

2. Mr. Curtis is a member of the law firm known as Lawrence N. Curtis, Ltd., of Lafayette, Louisiana and is licensed to practice and is practicing in the State of Louisiana with offices located at 300 Rue Beauregard, Bldg. "C", Lafayette, Louisiana 70508. He is experienced and familiar with the matter which is pending before this Court.

3. Mr. Curtis is a member in good standing of the Louisiana State Bar and there are no pending disciplinary proceedings against him in any State or Federal Court. A certificate from the Louisiana Supreme Court stating that Mr. Curtis is a member in good standing of the Louisiana Bar is attached to Mr. Curtis' affidavit submitted in support of this Motion.

4. No previous application has been made for the relief requested herein.

5. Accordingly, I respectfully request that Lawrence N. Curtis, Esq. be admitted to the Bar of this Court *pro hac vice.*

6. I make the above declaration in New York New York this 30th of June, 2008, under the penalty of perjury.

_______________________
Jacob Shisha