AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

Anthony Lopez

**SUMMONS IN A CIVIL ACTION**

V.

Cunard Line, Ltd. d/b/a Cunard Line Cruises, Cunard, plc, Carnival Corporation, d/b/a Carnival Cruise Lines and Carnival, plc

CASE NUMBER:

**08 CV 4246**

**JUDGE JONES**

TO: (Name and address of Defendant)

Carnival Corporation, d/b/a Carnival Cruise Lines
through its registered agent for service:
C T Corporation System
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tabak, Mellusi & Shisha LLP
29 Broadway, Suite 2311
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAY 05 2008

RECEIVED
JUL 03 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/23/08 @ 1043 AM | |
| NAME OF SERVER (PRINT) STEEVE LOUIS | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT CORP- 111 8th ave NY NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/23/08
Date

Signature of Server    Steeve Louis

Address of Server BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.