

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Anthony Lopez

**SUMMONS IN A CIVIL ACTION**

V.

Cunard Line, Ltd. d/b/a Cunard Line Cruises,
Cunard, plc, Carnival Corporation, d/b/a Carnival
Cruise Lines and Carnival, plc

CASE NUMBER: 08 CV 4246

JUDGE JONES

TO: (Name and address of Defendant)

Cunard Line, Ltd. d/b/a Cunard Line Cruises
through its registered agent for service:
National Registered Agents, Inc.
875 Avenue of the Americas, Ste. 501
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tabak, Mellusi & Shisha LLP
29 Broadway, Suite 2311
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 0 5 2008
CLERK                                                 DATE

(By) DEPUTY CLERK                                     RECEIVED
                                                      JUL 0 3 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/23/08 @ 11:43 am |
| NAME OF SERVER (PRINT) STEEVE LOUIS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Nat'l Reg Agents 875 Ave of the Americas NY, NY 10001 ste #501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/08
             Date

Signature of Server  Steve Louis

Address of Server
BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.