
**MEMO ENDORSED**

Jacob Shisha
TABAK, MELLUSI & SHISHA LLP
Attorneys for Plaintiff
29 Broadway
New York, NY 10006
Tel. (212) 962-1590
Fax. (212) 385-0920

Lawrence N. Curtis
LAWRENCE N. CURTIS, LTD.
Attorneys for Plaintiff
300 Rue Beauregard, Bldg. "C"
Post Office Box 80247
Lafayette, Louisiana 70598
Tel. (337) 235-1825
Fax. (337) 237-0241

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ANTHONY LOPEZ

        Plaintiff,

-against-

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL
CORPORATION, d/b/a
CARNIVAL CRUISE LINES and
CARNIVAL, plc

        Defendants

----------------------------------------X

08 Civ 4246

NOTICE OF
MOTION FOR
ADMISSION *PRO HAC VICE*

  PLEASE TAKE NOTICE that upon the accompanying declaration of Lawrence N. Curtis, Esq., executed on 30 of June, 2008, the certificate of good standing attached hereto, and the accompanying declaration of Jacob Shisha, Esq., Plaintiff,

1

Anthony Lopez, by its attorneys Tabak, Mellusi & Shisha, LLP will move this Court before the Honorable Barbara S. Jones, Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2510, New York, New York 10007, at a date and at a time to be determined, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Lawrence N.Curtis, Esq., to practice before this Court *pro hac vice* in the above-entitled and numbered cause on behalf of Plaintiff, Anthony Lopez.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for each objection, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York and the individual practices of the Honorable Barbara S. Jones, Judge, and shall be served upon the undersigned counsel within ten (10) after service of the moving papers. If no objections are filed, the Court may grant the relief requested without further notice or hearing.

Dated: New York, New York.

June 30 2008

TABAK, MELLUSI & SHISHA, LLP
Attorneys for Plaintiff

BY: _____

JACOB SHISHA (JS 5452)

To: Joseph J. Perrone, Esq.
BENNET, GIULIANO, MCDONNEL
& PERRONE, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001

7/24/08

Application granted. M.
Curtis shall submit the required fee forthwith.

SO ORDERED.

James C. Francis IV
USMJ

2

(646) 328-0120
*Attorneys for Defendants, Cunard Line, Ltd. d/b/a Cunard
Line Cruises, Cunard, plc, Carnival Corporation d/b/a
Carnival Cruise Lines and Carnival, plc*