UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY LOPEZ

               Plaintiff,

   -against-                                      Docket No.: 1:08-cv-04246-BSJ-JCF

CUNARD LINE, LTD.
d/b/a CUNARD LINE CRUISES,
CUNARD, plc, CARNIVAL                    NOTICE OF MOTION
CORPORATION, d/b/a
CARNIVAL CRUISE LINES and
CARNIVAL, plc

               Defendants.
------------------------------------------------------------X

     PLEASE TAKE NOTICE that on a date and time to be fixed by the Court, as directed by the individual practices of the Honorable Barbara S. Jones, the undersigned, Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for Defendants, Carnival plc, Carnival Corporation and Cunard Celtic Hotel Services, Ltd. (hereinafter "Celtic"), will apply to the Honorable Barbara S. Jones, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order dismissing the Plaintiff's complaint against Carnival, plc and Celtic.

     Defendants move pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) for dismissal of the Plaintiff's First complaint based upon the express terms of the "Terms and Conditions of Service Relating to Employees Serving in Cunard Line Ships: Hotel and Entertainment Department" which contains a forum selection clause that requires all suits arising from personal injuries suffered by crewmembers to be brought exclusively in the United Kingdom's English Courts.

     Defendants shall rely upon the Declaration of Counsel, Declaration of Cunard Celtic Hotel

Services, Ltd. by Benny C. B. Lee, Declaration of Carnival, plc by Frank Prowse, and the memorandum of law submitted herewith in support of its motion.

Pursuant to Federal Rules of Civil Procedure and Local Court Rule 6.1, answering papers, if any, must be delivered to counsel for the Defendants on or before September 4, 2008.

To:  Jacob Shisha, Esq.                     Lawrence N. Curtis, Esq.
     Tabak, Mellusi & Shisha, LLP           Lawrence N. Curtis Ltd.
     Attorneys for Plaintiffs               Attorneys for Plaintiff
     29 Broadway                            300 Rue Beauregard, Bldg. "C"
     New York, New York 10006               Post Office Box 70598
                                            Lafayette, Louisiana 70598

Dated: New York, New York
       August 18, 2008

By: _____
    Joseph J. Perrone (JP 6832)
    E-mail: jperrone@bgmplaw.com
    Matthew J. Cowan (MC 1481)
    E-mail: mcowan@bgmplaw.com
    Bennett, Giuliano, McDonnell & Perrone, LLP
    Attorneys for Defendants
    Carnival plc, Carnival Corporation and Cunard
    Celtic Hotel Services, Ltd.
    494 Eighth Avenue, 7th Floor
    New York, New York 10001
    Tel: (646) 328-0120
    Fax: (646) 328-0121

D836

## DECLARATION OF SERVICE BY ECF

I HEREBY CERTIFY that a true and correct copy of the Defendants' Motion to Dismiss, Declaration of Counsel, Declaration of Cunard Celtic Hotel Services, Ltd. by Benny C. B. Lee, Declaration of Carnival, plc by Frank Prowse, and the memorandum of law have been electronically filed on August 18, 2008 with the Clerk of the Court by using the CM/ECF system.

By: _____
Matthew J. Cowan, Esq. (MC 1481)